UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

JENNIFER CARUSO-JONES,

                Plaintiff,

          -v-                                        25 Civ. 9481 (JPC)

ROYAL BANK OF CANADA, *et al.*,                 ORDER

             Defendants.

------------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

      The docket reflects that a mediation conference was scheduled for March 2, 2026.  By March 9, 2026, the parties shall submit a joint status letter advising whether mediation was successful in resolving this action.

      SO ORDERED.

Dated: March 3, 2026
      New York, New York                     JOHN P. CRONAN
                                    United States District Judge