UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JENNIFER CARUSO-JONES,

                            Plaintiff,

               -against-

ROYAL BANK OF CANADA et al.,
                          Defendants.

------------------------------------------------------------------x

25-CV-09481 (JPC) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to meet and confer and complete a Proposed Case Management

Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **April 7, 2026**.

Counsel who disagree about the dates or other terms of the proposed schedule shall submit a

joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **April 7, 2026**.

The parties shall discuss whether they consent to conduct all proceedings, including a

trial, before the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(c). If all parties

consent, they shall complete the Consent to Proceed Before a U.S. Magistrate Judge form

available on the Court's website at https://nysd.uscourts.gov/hon-valerie-figueredo and file such

form with the Court. This Order is not meant to interfere in any way with the parties' absolute

right to have dispositive motions and/or a trial before a United States District Judge, but is

merely an attempt at preserving scarce judicial resources and reminding the parties of their

options pursuant to 28 U.S.C. § 636(c).

**SO ORDERED.**

DATED:    New York, New York
          March 17, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge