UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JENNIFER CARUSO-JONES,

Plaintiff,

-against-

ROYAL BANK OF CANADA et al.,

Defendants.

-----------------------------------------------------------------x

25-CV-09481 (JPC) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to provide a joint status update in this case by **September 11, 2026**.

**SO ORDERED.**

DATED: New York, New York
August 31, 2026

VALERIE FIGUEREDO
United States Magistrate Judge